The People of the State of New York, Respondent, *v.* Albert Granno, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. *Granno*, 217 App. Div. 801, affirmed.

(Argued September 30, 1926; decided October 19, 1926.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 3, 1926, which affirmed a judgment of the Schenectady County Court rendered upon a verdict convicting the defendant of the crime of robbery in the first degree.

*Walter A. Fullerton, James A. Leary* and *H. A. Gordon* for appellant.

*Harold E. Blodgett, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.